**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            No. 17-20668-10

QUANZAY MILTON,

        Defendant.

_____/

## ORDER DENYING MOTION FOR REVOCATION OF DETENTION ORDER

Defendant has filed a motion to be released on a reinstated personal bond. (Dkt. # 203.) He is charged with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846 and Using a communication Facility in the Commission of a Controlled Substance Offense. 21 U.S.C. § 843. Defendant was released on bond to await trial. (Dkt. # 44.)

The court has twice granted Defendant bond and he has twice violated his conditions of release resulting in revocation of his bond.

On March 12, 2018, the court held a hearing to address Defendant's bond violations including illegal use of marijuana and Benzodiazepine. (Dkt. # 186, Pg. ID 482.) The court revoked Defendant's bond.

On April 23, 2018, the court held a hearing and reinstated Defendant's bond. (Dkt. # 183.) In that order the court stated:

> "Zero Tolerance" is imposed. The defendant's bond will be immediately cancelled if he violates any of the conditions imposed.

(*Id.* at 460.)

On May 10, 2018, the court held a hearing to address Defendant's violations of his reinstated bond and once again revoked Defendant's bond.

By a motion filed on June 14, 2018, only a month later, Defendant asks this court to again release him on bond. (Dkt. # 203.) Defendant states he "is remorseful for his actions, and assures the court that he will strictly abide by all terms and conditions of his bond." (Dkt. # 203. Pg. ID 628.)

The court remains unconvinced. There is no change in circumstance apart from the passage of time—a relatively small amount of time. The assigned pretrial services officer opposes reinstatement of Defendant's bond and is of the opinion that Defendant's past behavior demonstrates that he cannot abide by any conditions of release. The court agrees and is not persuaded that there are tools available to ensure Defendant's compliance with the conditions of bond if he were released given his track record. Accordingly,

IT IS ORDERED that Defendant's Motion for Bond Reinstatement (Dkt. # 203) is DENIED.

    s/Robert H. Cleland             /
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 9, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 9, 2018, by electronic and/or ordinary mail.

    s/Lisa Wagner                 /
    Case Manager and Deputy Clerk
    (810) 292-6522